IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INGRAM ENTERTAINMENT, INC | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Vs | * | No. 3:07-0846 |
| | * | |
| DISCOUNT VIDEO WHOLESALE, INC. | * | |
| THAMIR KASHAT, IKHLAS KASHAT | * | |
| | * | |
| Defendants. | * | |

AGREED ORDER FOR CONSENT JUDGMENT

Come now the parties, by and through their respective counsel, by agreement, and would show unto this Honorable Court that the Plaintiff, Ingram Entertainment, Inc., should have judgment against the Defendants, Discount Video Wholesale, Inc. and Thamir Kashat, jointly and severally, in the above styled and numbered cause, in the sum of $902,203.61, and from the record as a whole from all of which the Court finds same should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff is awarded

judgment against the Defendants, Discount Video Wholesale, Inc. and Thamir Kashat, jointly and severally, in the amount of $902,203.61, plus interest at the rate of eighteen percent (18%) per annum until paid and all court costs in this matter, for all of which let execution issue.

_____
JUDGE

DATE_____

Approved:

/s/ Paul I. Mendelson
Paul I. Mendelson (8159)
Attorney for Plaintiff
799 Estate Place
Memphis, TN 38120
(901) 763-2500

/s/ Jay G. Yasso with permission given by Paul I. Mendelson
Jay G. Yasso, Esq.
Hertz Schram PC
Attorney for Defendant
1760 South Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183